UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNIE WIGGIN,
    Plaintiff,

vs.                               Case No.: 3:21cv4747/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff was an inmate of the Escambia County Jail at that time (*see* ECF No. 1). Plaintiff's complaint was not accompanied by payment of the filing fee or a motion to proceed in forma pauperis (IFP).

On December 30, 2021, the court entered an order directing Plaintiff to either pay the $402 filing fee or file a properly completed IFP motion within thirty days (ECF No. 3). The undersigned directed the clerk of court to send Plaintiff the correct set of IFP forms and notified Plaintiff that failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.* at 2).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. Thus, the court entered an order on February 8, 2022, directing Plaintiff to

show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (*see* ECF No. 4). The court again notified Plaintiff that failure to comply with the court's order would result in a recommendation of dismissal of the case (*id.*).[1] The time for compliance with the show cause order has elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 31st day of March 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of

---

[1] On February 22, 2022, the Jail returned the show cause order with an indication Plaintiff was released on January 24, 2022 (*see* ECF No. 5). Plaintiff did not notify the court of his new address. On February 22, 2022, the clerk of court resent the show cause order to Plaintiff's release address indicated on the Jail's public website.

Case No.: 3:21cv4747/MCR/EMT

**the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv4747/MCR/EMT